# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−1 | User: gharbuck | Date Created: 1/22/2015 |
| Case: 15−40004−JJR | Form ID: van213 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Jonathan G Carpenter      gabe@campbellandcampbellpc.com

                                                                               TOTAL: 1