Johnny Batchelor v. MRM Marketing, Inc. and
United Consumer Financial Services Company

AP No. 15-40004-JJR

# CERTIFICATE OF SERVICE

I, __J. Gabriel Carpenter__, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the summons and a copy of the complaint were served on __January 22, 2015__ by:
(date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Please see attached.

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                         (name of state)

[ ] Certified Mail: Certified mail to an officer of insured depository institution addressed as follows:

Under penalty of perjury, I declare that the foregoing is true and correct.

January 22, 2015                              /s/ J. Gabriel Carpenter
_____                    _____
         Date                                         Signature

| Print Name |  |  |
|---|---|---|
| Campbell & Campbell, P.C. |  |  |
| Business Address |  |  |
| P.O. Drawer 756 |  |  |
| City | State | Zip |
| Talladega | Alabama | 35161 |

VIA FIRST CLASS MAIL, POSTAGE PREPAID:

MRM Marketing, Inc.
c/o Marcus P. Quinn, Its Registered Agent
3943 South Lorna Road
Hoover, AL 35244

United Consumer Financial Services Company
c/o Corporate Creations Network, Inc., Its Registered Agent
119 East Commerce Street
Cincinnati, Ohio 45202

United Consumer Financial Services Company
ATTN: Director/Manager
865 Bassett Road
Westlake, OH 44145

                                                                                          */s/ J. Gabriel Carpenter*

J. Gabriel Carpenter and
Harvey B. Campbell, Jr.
Attorneys for Plaintiff
CAMPBELL & CAMPBELL, P.C.
Post Office Drawer 756
Talladega. AL 35 161-0756
(256) 761-1858