# Notice Recipients

District/Off: 1126−1         User: sgibson              Date Created: 2/11/2015
Case: 15−40004−JJR           Form ID: van213            Total: 1

**Recipients of Notice of Electronic Filing:**
aty           Jonathan G Carpenter        gabe@campbellandcampbellpc.com

TOTAL: 1