# CERTIFICATE OF SERVICE

I, __J. Gabriel Carpenter__, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the summons and a copy of the complaint were served on __2-12-15__ by:
(date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
United Consumer Financial Services c/o Corporate Creations Network, Its Registered Agent
119 East Court Street
Cincinnati, OH 45202

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

[ ] Certified Mail: Certified mail to an officer of insured depository institution addressed as follows:

Under penalty of perjury, I declare that the foregoing is true and correct.

__2-12-15__                                    __/s/ J. Gabriel Carpenter__
Date                                               Signature

| Print Name |  |  |
| --- | --- | --- |
| Campbell & Campbell, PC |  |  |
| Business Address |  |  |
| P.O. Drawer 756 |  |  |
| City | State | Zip |
| Talladega | AL | 35161 |